CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 4 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT LEWIS CAIN,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:08cv00627** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **TRACY RAY, et al.,** | ) | **By: Samuel G. Wilson** |
| Defendants. | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that Cain's request to proceed in forma pauperis is **DENIED**, his complaint is

hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be

**STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to plaintiff.

ENTER: This 24th day of December, 2008.

United States District Judge